FILED: April 29, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-142
(1:06-cv-00077-LO-TRJ)



ERNST & YOUNG,

      Petitioner,

 v.

IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI; IRWIN BERLIN, on behalf of himself and all others similarly situated; PAUL C. BERKEY, individually and on behalf of all others similarly situated; VERNON E. RUDOLPH; FREDERIC ELLIOTT, Individually and on behalf of all others similarly situated; C. BICKLEY FOSTER, individually and on behalf of all others similarly situated; ARNOLD STANLEY; CITY OF MIAMI GENERAL EMPLOYEES' AND SANITATION EMPLOYEES' RETIREMENT TRUST, individually and on behalf of all others similarly situated; JOAN KLOC,

      Respondents.


No. 09-156
(1:06-cv-00077-LO-TRJ)

ERNST & YOUNG,

      Petitioner,

 v.

IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI; PAUL C. BERKEY, individually and on behalf of all others similiary situated; VERNON E. RUDOLPH; FREDERIC ELLIOTT, Individually and on behalf of all others similarly situated; C. BICKLEY FOSTER,

individually and on behalf of all others similarly situated; ARNOLD STANLEY; CITY OF MIAMI GENERAL EMPLOYEES' AND SANITATION EMPLOYEES' RETIREMENT TRUST, individually and on behalf of all others similarly situated; IRWIN BERLIN, on behalf of himself and all others similarly situated; JOAN KLOC,

      Respondents.

## O R D E R

Upon consideration of the motion to voluntarily dismiss these consolidated petitions for permission to appeal pursuant to Federal Rule of Appellate Procedure 42(b), the Court grants the motion.

          For the Court – By Direction

          /s/ Patricia S. Connor
               Clerk